# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Patricia Marie Haelsig aka Patricia M. Haelsig aka aka Patricia Haelsig Thomas Robert Haelsig aka Thomas R. Haelsig aka Thomas Haelsig Debtor | BK NO. 15-01709 RNO Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., and index same on the master mailing list.

Re: Loan # Ending In: 0478

    Respectfully submitted,

**/s/ Joshua I. Goldman , Esquire___**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406
Attorney for Movant/Applicant