```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                         Case No. 15-01709-RNO
Thomas Robert Haelsig                                          Chapter 13
Patricia Marie Haelsig
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke        Page 1 of 2        Date Rcvd: Apr 23, 2020
                            Form ID: 3180W         Total Noticed: 42
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
```
db/jdb         +Thomas Robert Haelsig,    Patricia Marie Haelsig,    371 Pocono Boulevard,
                 Bushkill, PA 18324-8453
aty            +John A. Hiscott, Esq,    Hiscott and Robinson,    900 SCOTT STREET,    STROUDSBURG, PA 18360-1898
cr              Bureau of Compliance Commonwealth of Pennsylvania,,    PO Box 280948,
                 Harrisburg, PA  17128-0938
cr             +PA Department of Revenue,    Office of Attorney General,    15th Floor - Strawberry Square,
                 Harrisburg, PA 17120-0001
cr             +The Dime Bank,   c/o David M. Gregory, Esquire,    307 Erie Street,    Honesdale, PA 18431-1137
4636127        +BUSHKILL TOOL COMPANY, INC.,    310 TOOL ROAD,    BUSHKILL, PA 18324-8035
4664523         Bank of America, N.A.,    P.O. Box 940186,    Simi Valley, CA 93094-0186
4636130        +CRAMER PLATING INC,    C/O ANDREW SKLAR ESQ,    1200 LAUREL OAK RD STE 102,
                 VOORHEES, NJ 08043-4317
4636132        +FIRST KEYSTONE COMMUNITY BANK,    111 W FRONT STREET,    BERWICK, PA 18603-4701
4636133        +FIRST KEYSTONE COMMUNITY BANK,    111 WEST FRONT STREET,    PO BOX 289,    BERWICK, PA 18603-0289
4669018        +First Keystone Community Bank,    PO Box 289,    Berwick PA 18603-0289
4636120        +J. ZAC CHRISTMAN, ESQ.,    NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WO,    712 MONROE STREET,
                 STROUDSBURG, PA 18360-2131
4662037         M&T BANK,   PO BOX 1508,   BUFFALO, NY 14240-1508
4636139        +PINE RIDGE COMMUNITY ASSOC,    4770 PINE RIDGE DRIVE W,    BUSHKILL, PA 18324-8430
4636141        +THE DIME BANK,    820-822 CHURCH STREET,    HONESDALE, PA 18431-1851
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: camanagement@mtb.com Apr 23 2020 19:41:08     M&T BANK,    PO BOX 767,
                 BUFFALO, NY  14240
cr             +EDI: PRA.COM Apr 23 2020 23:28:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
cr             +E-mail/Text: aduffy@pikepa.org Apr 23 2020 19:41:31      Pike County Tax Claim Bureau,
                 ADMINISTRATION BLDG, 506 BROAD ST.,    MILFORD, PA 18337-1596
4636121        +EDI: GMACFS.COM Apr 23 2020 23:28:00      ALLY,    PO BOX 380901,    BLOOMINGTON, MN 55438-0901
4636122        +EDI: GMACFS.COM Apr 23 2020 23:28:00      ALLY,    PO BOX 380901,    BLOOMINGTON, NN 55438-0901
4644471         EDI: GMACFS.COM Apr 23 2020 23:28:00      Ally Bank,    PO Box 130424,    Roseville, MN 55113-0004
4636124         EDI: BANKAMER.COM Apr 23 2020 23:28:00      BANK OF AMERICA,    BUSINESS CARD,    PO BOX 982238,
                 EL PASO, TX 79998-2238
4636125         EDI: BANKAMER.COM Apr 23 2020 23:28:00      BANK OF AMERICA,    PO BOX 982235,
                 EL PASO, TX 79998-2235
4636123        +EDI: BANKAMER.COM Apr 23 2020 23:28:00      BANK OF AMERICA,    9000 SOUTHSIDE BLVD,
                 BUILDING 600,    JACKSONVILLE, FL 32256-0789
4636126        +EDI: TSYS2.COM Apr 23 2020 23:28:00      BARCLAYS BANK DELAWARE,    700 PRIDES XING,
                 NEWARK, DE 19713-6109
4636128        +EDI: CAPITALONE.COM Apr 23 2020 23:28:00      CAPITAL ONE,    PO BOX 30281,
                 SALT LAKE CITY, UT 84130-0281
4684365        +E-mail/Text: bncmail@w-legal.com Apr 23 2020 19:41:22      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4668656        +EDI: BASSASSOC.COM Apr 23 2020 23:28:00      Cavalry Spv 1, LLC,    c/o Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
4636131        +E-mail/Text: electronicbkydocs@nelnet.net Apr 23 2020 19:41:19      DEPT OF EDUCATION/NELNET,
                 121 S 13TH STREET,    LINCOLN, NE 68508-1904
4636134         EDI: IRS.COM Apr 23 2020 23:28:00      INTERNAL REVENUE SERVICE,    CENTRAL INSOLVENCY INSOLVENCY,
                 PO BOX 7346,    PHILA,, PA 19101-7346
4636129         EDI: JPMORGANCHASE Apr 23 2020 23:28:00      CHASE BANK USA,    PO BOX 15298,
                 WILMINGTON, DE 19850
4636135         E-mail/Text: camanagement@mtb.com Apr 23 2020 19:41:08     M&T BANK,    1 FOUNTAIN PLAZA FL 4,
                 BUFFALO, NY 14203
4636136        +E-mail/Text: electronicbkydocs@nelnet.net Apr 23 2020 19:41:19      NELNET,    PO BOX 82561,
                 LINCOLN, NE 68501-2561
4636137         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 23 2020 19:41:16      PA DEPT OF REVENUE,
                 DEPARTMENT 280946,    ATTN BANKRUPTCY DIVISION,    HARRISBURG, PA 17128-0946
4636138        +E-mail/Text: aduffy@pikepa.org Apr 23 2020 19:41:31      PIKE COUNTY TAX CLAIM BUREAU,
                 506 BROAD STREET,    MILFORD, PA 18337-1596
4915815         EDI: PRA.COM Apr 23 2020 23:28:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
4915816         EDI: PRA.COM Apr 23 2020 23:28:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
4686080         EDI: PRA.COM Apr 23 2020 23:28:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
4647000         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 23 2020 19:41:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg PA  17128-0946
4636140         EDI: RMSC.COM Apr 23 2020 23:28:00      SYNCHRONY BANK (PAYPAL),    ATTN BANKRUPTCY DEPT,
                 PO BOX 965060,    ORLANDO, FL 32896-5060
4641864        +E-mail/Text: electronicbkydocs@nelnet.net Apr 23 2020 19:41:19      U.S. Department of Education,
                 C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
```

```
District/off: 0314-5          User: AutoDocke          Page 2 of 2          Date Rcvd: Apr 23, 2020
                              Form ID: 3180W           Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
4671273          +EDI: VERIZONCOMB.COM Apr 23 2020 23:28:00      Verizon Wireless,   PO Box 4003,
                  Acworth, GA 30101-9004
                                                                                             TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r                 Pike County Real Estate
4644517*          Ally Bank,   PO Box 130424,   Roseville, MN 55113-0004
4636119*         +PATRICIA MARIE HAELSIG,   371 POCONO BOULEVARD,   BUSHKILL, PA 18324-8453
4636118*         +THOMAS ROBERT HAELSIG,   371 POCONO BOULEVARD,   BUSHKILL, PA 18324-8453
                                                                              TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David M. Gregory    on behalf of Creditor    The Dime Bank dmglaw@ptd.net, nicklaw@ptd.net
              Douglas J. Smillie    on behalf of Creditor    M&T BANK dsmillie@flblaw.com, ccharlton@flblaw.com
              Internal Revenue Service    John.F.Lindinger@irs.gov
              J. Zac Christman    on behalf of Debtor 2 Patricia Marie Haelsig zac@fisherchristman.com,
               office@fisherchristman.com
              J. Zac Christman    on behalf of Debtor 1 Thomas Robert Haelsig zac@fisherchristman.com,
               office@fisherchristman.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Mark E. Moulton    on behalf of Creditor    Pike County Tax Claim Bureau
               markmoulton@moultonslaw.com, staff@moultonslaw.com
              Melissa L. Van Eck    on behalf of Creditor Bureau of Compliance    Commonwealth of Pennsylvania,
               Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 2 Patricia Marie Haelsig
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              Vincent  Rubino    on behalf of Debtor 1 Thomas Robert Haelsig
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                             TOTAL: 13
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Thomas Robert Haelsig<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1011<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Patricia Marie Haelsig<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9182<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:15–bk–01709–RNO | | |

# Order of Discharge                                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas Robert Haelsig  
aka Thomas R. Haelsig, aka Thomas Haelsig

Patricia Marie Haelsig  
aka Patricia M. Haelsig, aka Patricia Haelsig

**By the court:**

*[signature]*

4/22/20

Honorable Robert N. Opel, II  
United States Bankruptcy Judge  
By: MichaelMcHugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                              **Chapter 13 Discharge**                                 page 1

Case 5:15-bk-01709-RNO   Doc 115   Filed 04/25/20   Entered 04/26/20 00:32:25   Desc
Imaged Certificate of Notice    Page 3 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**