```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-01709-RNO
Thomas Robert Haelsig                                           Chapter 13
Patricia Marie Haelsig
       Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: AutoDocke         Page 1 of 1           Date Rcvd: Sep 15, 2020
                             Form ID: fnldec         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2020.
db/jdb         +Thomas Robert Haelsig,   Patricia Marie Haelsig,   371 Pocono Boulevard,
                 Bushkill, PA 18324-8453
aty            +John A. Hiscott, Esq,   Hiscott and Robinson,   900 SCOTT STREET,   STROUDSBURG, PA 18360-1898

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                              Signature:  /s/Joseph Speetjens

_____


                        **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              David M. Gregory    on behalf of Creditor   The Dime Bank dmglaw@ptd.net, nicklaw@ptd.net
              Douglas J. Smillie    on behalf of Creditor   M&T BANK dsmillie@flblaw.com, ccharlton@flblaw.com
              Internal Revenue Service    John.F.Lindinger@irs.gov
              J. Zac Christman    on behalf of Debtor 2 Patricia Marie Haelsig zac@fisherchristman.com,
               office@fisherchristman.com
              J. Zac Christman    on behalf of Debtor 1 Thomas Robert Haelsig zac@fisherchristman.com,
               office@fisherchristman.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. josh.goldman@padgettlawgroup.com,
               kevin.shatley@padgettlawgroup.com
              Mark E. Moulton    on behalf of Creditor   Pike County Tax Claim Bureau
               markmoulton@moultonslaw.com, staff@moultonslaw.com
              Melissa L. Van Eck    on behalf of Creditor Bureau of Compliance  Commonwealth of Pennsylvania,
                Department of Revenue mvaneck@attorneygeneral.gov, ARC-CourtMiddleDistrict@attorneygeneral.gov
              Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 2 Patricia Marie Haelsig
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
              Vincent Rubino    on behalf of Debtor 1 Thomas Robert Haelsig
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newm
               anwilliams.com;swiggins@newmanwilliams.com
                                                                                               TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Thomas Robert Haelsig,<br>aka Thomas R. Haelsig, aka Thomas Haelsig, | Chapter 13 |
| **Debtor 1** | Case No. 5:15–bk–01709–RNO |
| Patricia Marie Haelsig,<br>aka Patricia M. Haelsig, aka Patricia Haelsig, | |
| **Debtor 2** | |

Social Security No.:
    xxx–xx–1011    xxx–xx–9182

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 15, 2020

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

**fnldec** (05/18)